# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

JAMES C. JONES AND FRANCES T. JONES

v.

SUNOCO, INC. (R&M) F/K/A SUN COMPANY, INC., SAFETY-KLEEN SYSTEMS, INC., CRC INDUSTRIES, INC., 3M COMPANY, ADVANCES AUTO PARTS, INC.,THE PEP BOYS - MANNY, MOE & JACK, ACE HARDWARD CORPORATION,  ILLINOIS TOOL WORKS, INC., D/B/A PERMATEX AND D/B/A GUMOUT AND D/B/A LPS LABORATORIES AND D/B/A WYNN'S, KENDALL REFINING COMPANY, ASHLAND, INC., UNION OIL COMPANY OF CALIFORNIA, WITCO DISTRIBUTION, INC., WAL-MART STORES, INC., HUNT REFINING COMPANY, HUNT OIL COMPANY, RUST-OLEUM CORPORATION, INDIVIDUALLY AND D/B/A PARKS CORPORATION AND FUCHS LUBRICANTS, INC.


PETITION OF: HUNT REFINING COMPANY

: No. 141 EAL 2017
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:

## ORDER


**PER CURIAM**

**AND NOW**, this 5th day of September, 2017, the Petition for Allowance of Appeal and the Uncontested Application for Stay of Review filed by Petitioner Hunt Refining Company are **DENIED.**